**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-26696-RAR**

**CELSO RAMOS-MEJIA**,

Petitioner,

v.

**FIELD OFFICE DIRECTOR,**
**MIAMI FIELD OFFICE,**
**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**,

Respondent.
_______________________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal, [ECF No. 5], filed on September 29, 2026. The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED *without prejudice***. All pending deadlines are hereby **TERMINATED**. The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 29th day of September, 2026.



**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**